IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/17/08*

| ANTHONY CLARKE,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LAMARQUE, et al.,<br><br>Defendants. | C 02-4338 RMW (PR)<br><br>xxxxxxxxxxxxx ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |
|---|---|

Defendants filed a request for an extension of time up to and including January 31, 2007, to file their summary-judgment motion or other dispositive motion. The Court has read and considered Defendants' request and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including January 31, 2007, to file their summary-judgment motion or other dispositive motion is GRANTED. Accordingly, Plaintiff's opposition to Defendants' summary-judgment motion or other dispositive motion shall be filed with the Court and served on Defendants no later than 30 days after Defendants serve him with their motion. Defendants shall file a reply brief within 15 days after Plaintiff's opposition is filed.

Dated: 1/17/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

xxxxxxx Order

*Clarke v. Lamarque, et al.*
Case No. C 02-4338 RMW (PR)

1