1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

*E-FILED - 1/17/08*

11

| | |
|---|---|
| **ANTHONY CLARKE,** | C 02-4338 RMW (PR) |
| Plaintiff, | xxxxxxxxxxxxxxx **ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| **v.** | |
| **ANTHONY LAMARQUE, et al.,** | |
| Defendants. | |

16                                                                          2008

17      Defendants filed a request for an extension of time up to and including January 31, xxxxxx to

18  file their summary-judgment motion or other dispositive motion.  The Court has read and

19  considered Defendants' request and good cause appearing,

20      IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and
                            2008
21  including January 31, xxxxx to file their summary-judgment motion or other dispositive motion is

22  GRANTED.  Accordingly, Plaintiff's opposition to Defendants' summary-judgment motion or

23  other dispositive motion shall be filed with the Court and served on Defendants no later than 30

24  days after Defendants serve him with their motion.  Defendants shall file a reply brief within 15

25  days after Plaintiff's opposition is filed.

26

27  Dated:    1/17/08                           *Ronald M. Whyte*
                                                The Honorable Ronald M. Whyte
28                                              United States District Court Judge

xxxxxxxx Order                                          *Clarke v. Lamarque, et al.*
                                                        Case No. C 02-4338 RMW (PR)

1