*E-FILED - 4/28/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CLARKE, | No. C 02-04338 RMW (PR) |
|     Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| E. ALAMEIDA, et al., | |
|     Defendants. | (Docket No. 96) |

    Good cause appearing, plaintiff's motion for an extension of time (Docket No. 96) to file an opposition to Defendants' motion for summary judgment is GRANTED. The opposition must be filed **no later than May 3, 2008**. Defendants shall file a reply brief no later than fifteen (15) days after Plaintiff's opposition is filed.

    IT IS SO ORDERED.

Dated: 4/21/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time to File Opposition
P:\PRO-SE\SJ.Rmw\Cr.02\Clarke4338.eot-oppo.HHH.wpd