1

2

3

4

5

6                                                    *E-FILED - 7/11/08*

7                              UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                    SAN JOSE DIVISION

10

11   ANTHONY CLARKE,                    )        No. C 02-4338 RMW (PR)
                                        )
12              Plaintiff,              )        **JUDGMENT**
                                        )
13       vs.                            )
                                        )
14                                      )
     ANTHONY LAMARQUE, et al.,          )
15                                      )
                Defendants.             )
16   _____)

17

18          The court granted summary judgment in favor of defendants in the instant civil rights

19   complaint for relief, which was brought pursuant to 42 U.S.C. § 1983.  Defendants are entitled to

20   judgment as a matter of law as to all claims.  Judgment is hereby entered in favor of defendants.

21   Plaintiff shall take nothing by way of his complaint, which is DISMISSED.  The clerk shall close

     the file.      **IT IS SO ORDERED.**

22

23   DATED: ___7/7/08_____

24                                               RONALD M. WHYTE
                                                 United States District Judge

25

26

27

28

Judgment
G:\Pro-Se\SJ.RMW\CR.02\Clarke338.jud.md